To whom it may concern, in July 2014 the Texas criminal appeals courts ruled my appeals claim as "frivoulus" and in March 2015 the appeals courts denied my request for a discretionary review also in 2015 the appeals courts denied my request for a Re-hearing in this criminal matter. The State of Texas has Repeatedly violated my Rights. If the appeals courts would take time to Re-view state evidence that was denied to me before during and also during all appeals claims. They would see that there is evidence that will provide evidence that I did not inflict this injury to the victim in this criminal proceeding.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 05 2015
Abel Acosta, Clerk

As I have Repeatedly stated that the injury to the victim was sustained to his Left side But if the courts will properly Review the stale evidence in this matter the video interrogation in this matter 09-2013 will provide evidence that I stated that I inflicted the injury by picking up the victim using my left hand if this were in fact true the injury to the victim would have been sustained to his Right side. I feel that I am constantly being discriminated against

due to the victims age, the relationship of me and the victim, my current medical illness which was mentioned by the assistant district attorney Katina massey of Palo Pinto County Texas ( the defendant admits he has Explosive personality disorder which leaves him prone to anger and violence) my defense attorney failing to properly Research my Criminal history and also instructing me to commit perjury on the witness stand under oath.

I feel that if the Courts, both my defense attorney and appeals

as well as the courts would have "studied" the evidence they would see that it is very impossible for me to inflict these injuries to the victim. I feel that if I were not a indigent offender the state's decision in this matter would be different. also the state witnesses Being related & a employ of the state of Texas Criminal Justice department Darrell Neick employ my lindsay state Jail Jacksboro X. so I Petition the courts for a Right to Counsel. the state it's has all the evidence in it's

possession that provides without a doubt my innocence in this matter. I feel that I have been falsely prosecuted. I will continue to petition the courts to Re-view all the evidence as well as state codes and rules violated by the state. as well as false arrest false imprisonment. I may have a low IQ here 84 but I have reviewed the state laws and all the evidence (state evidence) in this case and can provide proof of my

innocence. I don't care if I have to stand before the Texas Supreme Court but I __will not__ stop this matter. So I Respectfully Petition the Courts for either my complete release until either a Re-hearing or complete dismissal of all criminal charges. I look forward to ongoing communications with you. So until this Matter is Resolved I will write to you again soon. Once again check with Medical Experts and also State evidence and you will see my innocence

until I hear from you again I will write again soon. the only way I will end this continuance of letters is for Co operation from the State of Texas. will write to you again soon.

Sincerly

Johnny Daniels Jr.

I will be sending a letter to the State senator informing him of this matter as well